**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANITA DAVIS,**

            **Plaintiff,**

-vs-                                         **Case No.  6:05-cv-1497-Orl-22JGG**

**SAILORMEN, INC.,**

            **Defendant.**

_____

**ORDER**

This cause is before the Court on Plaintiff's Motion to Review Taxation of Defendant's Bill of Costs (Doc. No. 39) filed on April 18, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 24, 2007 (Doc. No. 43) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion to Review Taxation of Defendant's Bill of Costs (Doc. No. 39) is granted in part and denied in part.

3. The Bill of Costs taxed by the Clerk is hereby VACATED.

  4.  The Defendant is hereby awarded costs in the sum of **$2,722.32**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 15, 2007.

              ANNE C. CONWAY
              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record